UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

CASE NO.: 14-05206-5-SWH
CHAPTER 13

IN RE:
ANTHONY VANN ARTIS
CAROLYN DELOIS ARTIS
5187 NC HIGHWAY 96 NORTH
SELMA, NC 27576

DEBTORS

## TRUSTEE'S MOTION TO DISMISS

The undersigned Chapter 13 Trustee hereby moves the Court to dismiss the above-referenced case for the reason(s) set forth below:

1. The Debtors are delinquent in the amount of $5,628.10 or 2.60 payments.

Based upon the foregoing, **and such other cause as may become apparent or arise between the date of this Motion and the date of any hearing hereon, of which the Trustee will advise counsel prior to the hearing, there is cause to dismiss this case under §1307(c).**

**The Debtors are hereby notified** that unless a written response and request for hearing (if a hearing is desired) is filed with the Court within **twenty-one (21) days** of this Motion, the Court may summarily dismiss this case without further notice.

DATED: May 08, 2017

/s/ John F. Logan
JOHN F. LOGAN
NC BAR NO. 12473
CHAPTER 13 TRUSTEE
P.O. BOX 61039
RALEIGH, NC 27661-1039
TELEPHONE: (919) 876-1355

## CERTIFICATION OF SERVICE

    This is to certify that a copy of the foregoing Trustee's Motion To Dismiss was served on the Debtors and the Attorney for the Debtors at their last known address with sufficient postage thereon, or, if such interested party is an electronic filing user, by serving such interested party by electronic transmission, pursuant to Local Rule 5005-4(9)(b).

DATED: May 08, 2017

                                                                                                                */s/Pam Cason*
                                                                                                               Case Adminstrator

**COPIES FURNISHED TO:**

<u>DEBTORS</u>
ANTHONY VANN ARTIS
CAROLYN DELOIS ARTIS
5187 NC HIGHWAY 96 NORTH
SELMA,  NC  27576

<u>ATTORNEY FOR DEBTORS</u>
JOHN T. ORCUTT
ATTORNEY AT LAW
6616-203 SIX FORKS RD.
RALEIGH,  NC  27615